# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JASON TODD DUHE

NO. 2019 KW 0832

AUG 19 2019

In Re:   Jason Todd Duhe, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 503047.

BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.

**WRIT DENIED.**

PMc
JEW

**Holdridge, J.,** dissents.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT